```
United States Bankruptcy Court
Northern District of California
```

In re:                                                              Case No. 13-46349-WJL
Stephanie Garcia                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-4      User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2017
                       Form ID: NPD     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db              #+Stephanie Garcia,    2302 San Juan Avenue,    Walnut Creek, CA 94597-3050
smg             ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                  SACRAMENTO CA 94279-0029
                (address filed with court:   State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                  Sacramento, CA  94279)
smg             +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
13514793        +ACS Education Services,    PO Box 7051,    Utica, NY 13504-7051
13514794        +Credo Mobile,    PO Box 7015,    San Francisco, CA 94120-7015
13514798        +Patelco CU,    PO Box 2227,    Merced, CA 95344-0227
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QLIBRADY.COM Jun 15 2017 01:04:00      Lois I. Brady,    P.O. Box 12425,
                  Oakland, CA 94604-2425
smg              EDI: EDD.COM Jun 15 2017 01:03:00      CA Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Jun 15 2017 01:03:00      CA Franchise Tax Board,
                  Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
13514793        +E-mail/Text: bknotices@conduent.com Jun 15 2017 01:21:54      ACS Education Services,
                  PO Box 7051,    Utica, NY 13504-7051
13514795        +EDI: TSYS2.COM Jun 15 2017 01:04:00      Department Stores Nat'l Bank,    PO Box 689195,
                  Des Moines, IA 50368-9195
13514796         EDI: DISCOVER.COM Jun 15 2017 01:04:00      Discover,    PO Box 29033,    Phoenix, AZ 85038-9033
13514797        +EDI: RMSC.COM Jun 15 2017 01:04:00      GE Capital Retail Bank,    PO Box 960061,
                  Orlando, FL 32896-0061
13514799        +EDI: USAA.COM Jun 15 2017 01:03:00      USAA,    10750 McDermott Fwy,
                  San Antonio, TX 78288-1600
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
```
              Joseph R. Manning, Jr.    on behalf of Debtor Stephanie  Garcia joe@manninglawoffice.com,
               info@manninglawoffice.com
              Lois I. Brady    loisbrady@sbcglobal.net, lbrady@ecf.epiqsystems.com
              Margaret H. McGee    on behalf of U.S. Trustee    Office of the U.S. Trustee/Oak
               maggie.mcgee@usdoj.gov, Minnie.Loo@usdoj.gov
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                               TOTAL: 4
```

Form NPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Stephanie Garcia | Case No.: 13–46349 WJL 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 9/11/17.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self–addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604–2070


Dated: 6/13/17                         For the Court:

                                       Edward J. Emmons
                                       Clerk of Court
                                       United States Bankruptcy Court

Doc # 19