KOKJER, PIEROTTI, MAIOCCO & DUCK LLP,
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Proposed Accountants for Trustee,
LOIS I. BRADY

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re   STEPHANIE GARCIA | Case No. 13-46349 WJL |
| | Chapter 7 |
| Debtor. | [Hearing Not Required] |

### APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

**Kokjer, Pierotti, Maiocco & Duck LLP,**
**Certified Public Accountants**

This Application of Lois I. Brady, Trustee in Bankruptcy of the above-captioned estate (the "Trustee" or "Applicant"), pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. Proc. 2014, respectfully represents:

1. Applicant is the duly appointed Trustee in Bankruptcy of the estate of the above-named debtor.

2. Applicant desires to retain Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants ("Proposed Accountant"), as her accountant herein to prepare and file tax returns; to prepare tax projections and tax analysis, if necessary; to analyze tax claims filed in the case; to analyze the tax impact of potential transactions; to analyze as to avoidance issues, if necessary; to testify as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

3. Applicant desires to retain Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, because it is well-qualified to perform the services required, and is familiar with the principles governing professional persons in a bankruptcy case.

4. To the best of Applicant's knowledge, based on the Declaration of Proposed Accountant filed herewith, Applicant believes Kokjer, Pierotti, Maiocco & Duck LLP, and the principals and employees of that firm have no connections with the debtor, creditors or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and, therefore, represent no interest adverse to the estate or creditors with respect to the matters on which his services are to be used by the Trustee and the estate.

5. Proposed Accountant generally charges on an hourly rate basis as follows:

| | |
|---|---|
| Richard Pierotti | $450 |
| Senior Manager | $330 |
| Senior Accountant | $295 |
| Senior Staff Accountant | $265 |
| Staff Accountant | $215 - $230 |

These rates are subject to change from time to time.

6. Except to the extent the Court hereafter allows payment of compensation to Proposed Accountant out of the estate, Applicant has no compensation arrangement with Proposed Accountant in connection with this bankruptcy case.

WHEREFORE, Applicant prays for an Order authorizing the employment of Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, for the foregoing purposes.

Dated: October 9, 2018             By: /s/ Lois I. Brady
                                                    Lois I. Brady, Trustee